# E. O. MOGENSEN v. JOSEPH MILLER and Another.[1]

November 17, 1911.

Nos. 17,436—(59).

**Case followed.**

Action in the district court for Ramsey county for personal injuries. The case was tried before Hallam, J., and a jury which returned a verdict in favor of plaintiff for $100. From an order denying defendants' alternative motion for judgment or for a new trial, they appealed. Affirmed.

*Thomas J. Newman,* for appellants.

*B. F. Latta* and *W. G. Bonham,* for respondent.

PER CURIAM.

The facts involved and legal questions raised in this case are substantially like those in Latta v. Miller, supra, page 526, and for the reasons there stated, the order of the trial court in this case is affirmed.